ROY SCHERI, Appellant, v. AL ROKZEN, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.